FILED

07 DEC 27 PM 12:17

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '07 CR 3479 LAB |
| Plaintiff, | INDICTMENT |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |
| MARK ANTHONY PYLES, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about December 16, 2007, within the Southern District of California, defendant MARK ANTHONY PYLES did knowingly and intentionally import 100 kilograms and more, to wit: approximately 224.56 kilograms (494.03 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

JJO:nlv:Imperial
12/20/07

<u>Count 2</u>

On or about December 16, 2007, within the Southern District of California, defendant MARK ANTHONY PYLES did knowingly and intentionally possess, with intent to distribute, 100 kilograms and more, to wit: approximately 224.56 kilograms (494.03 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: December 27, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JOSEPH J.M. ORABONA
Assistant U.S. Attorney