1 **STEPHEN D. DEMIK**
California State Bar No. 221167
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone: (619) 234-8467
4

5 Attorneys for Mr. Pyles

6

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 (**HONORABLE JOHN A. HOUSTON**)

11

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. **07CR3479-LAB** |
| Plaintiff, ) | DATE: February 4, 2008 |
| v. ) | TIME: 2:00 p.m. |
| **MARK ANTHONY PYLES**, ) | NOTICE OF MOTIONS AND MOTIONS: |
| Defendant. ) | (1) TO COMPEL DISCOVERY; AND |
| ) | (2) FOR LEAVE TO FILE FURTHER MOTIONS |

18 TO: KAREN P. HEWITT, UNITED STATES ATTORNEY:
    PAUL L. STARITA, ASSISTANT UNITED STATES ATTORNEY.
19

20   PLEASE TAKE NOTICE that on February 4, 2008, or as soon thereafter as counsel

21 may be heard, the defendant, Mark Anthony Pyles, by and through his counsel, Stephen D.

22 Demik and Federal Defenders of San Diego, Inc., will ask this Court to enter an order

23 granting the following motions.

24 //

25 //

26 //

27 //

28 //

**MOTIONS**

The defendant, Tammy White, by and through his attorneys, Stephen D. Demik and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

    1) to compel discovery; and
    2) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: February 4, 2008

*/s/ Stephen D. Demik*
**STEPHEN D. DEMIK**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Pyles

2

07CR3479-LAB

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |

UNITED STATES OF AMERICA,            )
                                         )
      Plaintiff,                           )Case No. 07cr2731-JTM
                                         )
v.                                              )**CERTIFICATE OF SERVICE**
                                         )
MARK ANTHONY PYLES,             )
                                         )
      Defendant.                          )
_____)

      Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

      **Paul L Starita**
      Paul.Starita@usdoj.gov,efile.dkt.gc1@usdoj.gov


mailed to:      Mark Anthony Pyles
                   Defendant

Dated: February 4, 2008          * /s/ Stephen D. Demik*
                                           **STEPHEN D. DEMIK**
                                           Federal Defenders of San Diego, Inc.
                                           Attorneys for Mr. Pyles