**STEPHEN D. DEMIK**
California Bar No. 221167
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
stephen_demik@fd.org

Attorneys for Mr. Pyles

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 07CR3479-LAB |
| | ) Date: June 9, 2008 |
| | ) Time: 9:00 a.m. |
| Plaintiff, | ) |
| | ) APPLICATION FOR ORDER SHORTENING TIME |
| v. | ) |
| | ) |
| **MARK ANTHONY PYLES**, | ) |
| | ) |
| Defendant. | ) |
| | ) |

TO:   KAREN HEWITT, UNITED STATES ATTORNEY, AND
      PAUL STARITA. ASSISTANT UNITED STATES ATTORNEY, AND
      CAROLYN CASUTT, UNITED STATES PROBATION OFFICER;

Defendant Mark Anthony Pyles, by and through counsel, Stephen D. Demik and Federal Defenders of San Diego, Inc., hereby moves this Court for an order shortening time in which defendant may file his Defendant's Objections to the Presentence Report and Sentencing Memorandum. The reason for this application is that (1) defense counsel was out of the office due to illness.

//

//

//

| | |
|---|---|
| 1 | A courtesy copy has been provided to Assistant United States Paul Starita. |
| 2 | Respectfully submitted, |
| 4 | Dated: October 19, 2007 |

      */s/ Stephen D. Demik*
**STEPHEN D. DEMIK**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Meyer
stephen_demik@fd.org

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 3 | UNITED STATES OF AMERICA, | ) |
| 4 | Plaintiff, | ) Case No. 07CR03479-LAB |
| 5 | v. | ) |
| 6 | MARK ANTHONY PYLES, | ) **CERTIFICATE OF SERVICE** |
| 7 | Defendant. | ) |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

**Paul L Starita**
Paul.Starita@usdoj.gov,debra.huntley@usdoj.gov,efile.dkt.gc1@usdoj.gov

Dated: May 28, 2008               */s/ Stephen D. Demik*
                                   STEPHEN D. DEMIK
                                   Federal Defenders of San Diego, Inc.
                                   225 Broadway, Suite 900
                                   San Diego, CA 92101-5030
                                   (619) 234-8467 (tel) (619) 687-2666 (fax)
                                   E-mail: Stephen_Demik@fd.org