UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3479-LAB |
| ) | |
| Plaintiff, ) | |
| ) | ORDER SHORTENING TIME |
| v. ) | |
| ) | |
| MARK ANTHONY PYLES, ) | |
| ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that time for Defendant to file his Objections to the Presentence Report and Sentencing Memorandum in this case be shortened, with the Sentencing Hearing to be held on June 9, 2008 at 9:00 a.m.

**SO ORDERED**.

DATED: May 29, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge